AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of Washington

|  |  |
|---|---|
| GREGORY TYREE BROWN,<br>*Plaintiff*<br>v.<br><br>ELDON VAIL, et al,,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br> Civil Action No.   2:15-CV-0121-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:    Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 16) is GRANTED.
Plaintiff's First Amended Complaint is DISMISSED. Plaintiff's federal law claims are dismissed with prejudice,
and his state law claims are dismissed without prejudice.
Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge _____THOMAS O. RICE_____ on Defendants' Motion to Dismiss.

Date:   _____March 31, 2016_____

CLERK OF COURT

_____SEAN F. McAVOY_____

_____s/ Linda L. Hansen_____
*(By) Deputy Clerk*

_____Linda L. Hansen_____