FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 11 2020

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY TYREE BROWN,<br><br>    Plaintiff,<br><br>  v.<br><br>ELDON VAIL, in his individual capacity, DEREK REEVES, in his individual and official capacities, and DUSTY RUMSEY, in his individual and official capacities,<br><br>    Defendants. | NO. 2:15-CV-0121-TOR<br><br>SPECIAL VERDICT FORM |

We, the jury, make the following answers to the questions submitted by the Court for all Defendants:

**No. 1:**    Do you find that Plaintiff had a property interest in the photos?

Answer: _____ (Yes)    __X__ (No)

If you answer YES, proceed to the next question. If NO, do not answer any remaining questions and sign the verdict form.

SPECIAL VERDICT FORM ~ 1

**No. 2:** Do you find that Plaintiff was given an opportunity to challenge the disposal before the photos were disposed?

Answer: _____ (Yes)    _____ (No)

If you answer NO, proceed to the next question. If YES, do not answer any remaining questions and sign the verdict form.

**No. 3:** Do you find the disposal of the photos was done pursuant to department policy?

Answer: _____ (Yes)    _____ (No)

If you answer YES, proceed to the next question. If NO, do not answer any remaining questions and sign the verdict form.

**No. 4:** Do you find that Defendants Reeves and/or Rumsey deliberately disposed of the photos?

Answer for Reeves: _____ (Yes)    _____ (No)

Answer for Rumsey: _____ (Yes)    _____ (No)

If you answer YES to either, proceed to the next question. If NO to both, do not answer any remaining questions and sign the verdict form.

//

//

SPECIAL VERDICT FORM ~ 2

**No. 5:** Do you find that Defendant Vail's implementation of the contraband policy set in motion a series of acts by others which Mr. Vail knew or reasonably should have known would cause others to inflict a constitutional injury?

Answer: \_\_\_\_\_ (Yes)    \_\_\_\_\_ (No)

If you answer YES, proceed to the next question. If NO, do not answer any remaining questions and sign the verdict form.

**No. 6:** Do you find that Plaintiff disclaimed his interest in the photos or otherwise waived his due process rights in the photos?

Answer: \_\_\_\_\_ (Yes)    \_\_\_\_\_ (No)

If you answer NO, proceed to the next question. If YES, do not answer any remaining questions and sign the verdict form.

**No. 7:** Do you find that Plaintiff suffered any actual injury?

Answer: \_\_\_\_\_ (Yes)    \_\_\_\_\_ (No)

If you answer YES, proceed to the next question. If NO, do not answer any remaining questions and sign the verdict form.

//

//

//

SPECIAL VERDICT FORM ~ 3

**No. 8:** What do you find to be Plaintiff's compensatory damages, if any? If you do not find Plaintiff is entitled to compensatory damages, go to Question No. 9.

Answer:    $_____.

**No. 9:** What do you find to be Plaintiff's nominal damages, if any?

Answer:    $_____ (no more than 1 dollar)

After the jury has answered all of these questions, the presiding juror should sign and date the verdict form.

DATED this __11__ day of February 2020.

_____
PRESIDING JUROR

SPECIAL VERDICT FORM ~ 4