# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| GREGORY TYREE BROWN, <br> *Plaintiff* <br> v. <br> <br> ELDON VAIL, DEREK REEVES and DUSTY RUMSEY <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:15-CV-021-TOR <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* Eldon Vail, Derek Reeves and Dusty Rumsey recover costs from the plaintiff *(name)* Gregory Tyree Brown.

☐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Thomas O. Rice presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____

Date: February 11, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen